PROB 12C
(7/93)

Report Date: July 23, 2015

# United States District Court

## for the

## Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Meagan Mae Foley     Case Number: 0980 2:13CR02092-LRS-25

Address of Offender: ▮

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 11, 2014

| | |
|---|---|
| Original Offense: | Theft from Gamming Establishment Less Than $1,000, 18 U.S.C. § 1167(a) |
| Original Sentence: | Probation - 36 M     Type of Supervision: Probation |
| Asst. U.S. Attorney: | Thomas J. Hanlon     Date Supervision Commenced: September 11, 2014 |
| Defense Attorney: | Michael V. Felice     Date Supervision Expires: September 10, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| 2 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | **Supporting Evidence**: On July 13, 2015, Meagan Foley reported to the U.S. Probation Office and admitted to consuming alcohol in excess, smoking marijuana, and using cocaine, on May 23, July 3, 4, 10, 11, and 12, 2015. Ms. Foley advised she had consumed alcohol and smoked marijuana in the past but recently started using cocaine. The defendant reviewed and signed an admissions form acknowledging the aforementioned. |

Prob12C
Re: Foley, Meagan Mae
July 23, 2015
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 23, 2015

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/24/15
Date